E-FILED 3/19/20

JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| OMION BELL, an individual, and GEORGE DAVIS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MBG LLC, a California Limited Liability Company, MEHMET BOLUKGIRAY, an individual,<br><br>Defendants. | Case No. 2:19-cv-01436-PSG(SSx)<br><br>The Hon. Phillip Gutierrez<br><br>[~~PROPOSED~~] **CONSENT DECREE AND FINAL ORDER** |

Plaintiffs Omion Bell and George Davis brought this action on February 26, 2019, for allegedly discriminating on the basis of disability in violation of the Fair Housing Act., 42 U.S.C. § 3601-3619, the California Fair Employment & Housing Act, Cal. Gov't Code §§ 12927 and 12955-12957, and the California Unruh Civil Rights Act, Cal. Civ. Code §§ 51-52, and for alleged violations of related state laws. Defendants, and each of them, and their owners, shareholders, officers, managers, supervisors, directors, employees, staff, interns, agents and representatives all expressly deny the allegations of the Complaint (as amended) and each and every allegation thereof, and deny liability of any kind whatsoever to Plaintiffs, or either of them.

The Plaintiffs and Defendants have agreed that, in order to avoid protracted and costly litigation, this controversy should be resolved without a trial. Therefore, the Parties consent to the entry of this Decree. By entering into this Decree, the Defendants do not admit liability or wrongdoing. This Consent Decree along with the Settlement Agreement and Release constitute full resolution of the Plaintiffs' claims in this lawsuit.

## I. SCOPE AND TERM OF DECREE

The Court either has subject matter jurisdiction over the claims in this civil action pursuant to 28 U.S.C. §§ 1331 and 1345, and 42 U.S.C. §§ 3612(o) and 3614(a), or the Parties submit to such jurisdiction for purposes of this Consent Decree. The Parties agree that the United States District Court for the Central District of California shall retain jurisdiction over this action for all purposes related to the enforcement of this Decree throughout its term.

The provisions of the Decree shall apply to Defendants, their employees, agents, assigns, successors-in-interest, and all persons in active concert or participation with them. The term 'successor-in-interest' shall not include any subsequent bona fide purchaser(s) of any properties currently or subsequently owned by Defendants who have no familial or business relationship (other than as purchaser or property) to the Defendants.

This Decree is effective immediately upon its entry by the Court. For purposes of this Decree, the phrase "date of this Decree" shall refer to the date on which the Court adopts this document as an Order of the Court.

The term of this Decree and Final Order shall by three (3) years from the date of entry, or so long as MBG LLC (allegedly dba King Housing) remains in the business of renting, leasing, and subletting housing, whichever is shorter.

## II. INJUNCTION

**A.  Defendant MBG LLC**

It is hereby ORDERED, ADJUDGED, and AGREED that MBG LLC

(allegedly dba King Housing), as long as it remains in business, shall:

(1) comply with all federal and state fair housing laws;

(2) adopt a written non-discrimination policy within 30 days of entry of the consent decree and provide the policy to all its employees and agents and make it available to all tenants;

(3) send the principal of MBG LLC to a twice-yearly fair housing training provided by a mutually agreeable provider;

(4) comply with the California Civil Code and California Code of Civil Procedure for requirements related to housing notices, including but limited to, complying with laws requiring proper notice and procedure for vacating tenants;

(5) provide notice of any vacancies for any dwelling or any portion of any dwelling to Comprehensive Housing Information and Referral for People Living with HIV/AIDS ("CHIRP LA") within seven (7) business days of the vacancy;

(6) comply with the requirements of the Department of Housing and Urban Development's ("HUD") Guidance Regarding Advertisements Under §804(c) of the Fair Housing Act (https://www.hud.gov/sites/documents/DOC_7784.PDF), formerly codified at 24 C.F.R. §109, for any dwelling or any portion of any dwelling that it operates;

(7) place and maintain the HUD fair housing poster in both English and Spanish (HUD form 928.1) and DFEH Fair Housing Poster (DFEH form H02P-ENG) in a conspicuous location at MBG LLC's office(s); and

(8) provide all residents with a copy of DFEH's fair housing brochure in both Spanish and English (DFEH form H038-ENG, H038-SP).

**B.     Bill Kennedy (also known as Mehmet Bolukgiray)**

It is hereby ORDERED, ADJUDGED, and AGREED that Bill Kennedy

- 3 -

(formerly known as Mehmet Bolukgiray), in the event, if any, that he re-enters the rental housing business[1] and as long as he remains in the rental housing business during the period of this Consent Decree, shall:

    (1)    comply with all federal and state fair housing laws;

    (2)    adopt a written non-discrimination policy within 30 days of re-entering the rental housing business and provide the policy to all his employees and agents and make it available to all tenants;

    (3)    comply with the *California Civil Code* and *California Code of Civil Procedure* for requirements related to housing notices, including but limited to, complying with laws requiring proper notice and procedure for vacating tenants;

    (4)    attend a twice-yearly fair housing training provided by a mutually agreeable provider;

    (5)    comply with the requirements of the Department of Housing and Urban Development's ("HUD") Guidance Regarding Advertisements Under §804(c) of the Fair Housing Act (https://www.hud.gov/sites/documents/DOC_7784.PDF), formerly codified at 24 C.F.R. §109, for any dwelling or any portion of any dwelling that it operates; and

    (6)    place and maintain the HUD fair housing poster in both English and Spanish (HUD form 928.1) and DFEH Fair Housing Poster (DFEH form H02P-ENG) in a conspicuous location at MBG LLC's office(s).

### III. REPORTING AND RECORD-KEEPING REQUIREMENTS

It is hereby ORDERED, ADJUDGED, and AGREED that MBG LLC (allegedly dba King Housing), as long as it remains in business, agrees to maintain

---

[1] For purposes of the Decree, Mr. Kennedy (formerly Mehmet Bolukgiray) will be deemed to have re-entered the rental housing business if he owns or manages residential rental property in his personal capacity or is the owner, manager, or controlling interestholder of an entity that receives payment from tenants or sub-tenants for occupying or using residential rental property.

the documents described in paragraphs (1) through (3) for the duration of the consent decree and make them reasonably available for inspection by Inner City Law Center or Housing Rights Center's representative.[2] Inner City Law Center and Housing Right Center agree to strictly maintain the privacy of all applicants and agree therein not to disseminate such information to any third parties whatsoever without the advanced written permission of MBG LLC (allegedly dba King Housing), the applicants and the tenants, in writing.

(1) A duplicate of every written application, and a log of all persons who applied for occupancy at any of dwelling unit rented or otherwise controlled in whole or in part by Defendant, indicating the name and address of each applicant, whether the applicant was rejected or accepted, the date on which the applicant was notified of acceptance or rejection, and, if rejected, the reason for such rejection. Respondents shall maintain the originals of all applications described. No credit information on any applicant or tenant will be disseminated by MBG LLC (allegedly dba King Housing) to Inner City Law or to Housing Right Center, other than such data, if any, the applicant(s) and tenant(s) agree in writing may be disseminated thereto.

(2) A list of vacancies or otherwise at any of the dwelling units rented or otherwise controlled in whole or in significant part by Defendants, including the address of the unit, the date the tenant gave notice of an intent to move out or was served with an eviction notice, the date the tenant moved out, the date rented again or committed to a new rental, and the date the new tenant moved in. When a tenant has been evicted, Defendants shall state the reason for the eviction. (3) A list of all people who inquired, in writing, in person, or by telephone, about renting an apartment, including their names and addresses, the date of their inquiry, and the disposition of their inquiry.

### IV. MONETARY COMPENSATION

---

[2] The representatives will be pre-cleared with MBG (allegedly dba King Housing) in advance.

Defendants shall make a one-time payment of $17,500.00 to the Plaintiffs, by check or money order, made payable to Inner City Law Center and delivered to Plaintiffs' counsel Inner city Law Center o. This payment shall constitute a compromise and settlement of all claims of the Plaintiffs for damages and attorney's fees and costs. This payment shall be made as follows: (1) the sum of $8,750.00 no later than March 15, 2020; (2) the sums of $2,000.00 each no later than April 15, 2020, May 15, 2020, and June 15, 2020; and (3) the sum of $2,750.00 no later than July 15, 2020.

The Plaintiffs and Defendants shall execute mutual waivers and releases indicating that this Consent Decree and Final Order constitutes a full and final settlement of any and all claims of the Plaintiffs, including the Parties' agents, employees, successors, testers, assigns, and attorneys, that relate to the subject matter of this litigation. The mutual waivers and releases shall include a waiver of all known and unknown claims and a waiver of the rights of all parties, pursuant to Cal. Civ. Code § 1542.

### V. REMEDIES FOR NON-PERFORMANCE

This Decree shall be in effect for a period of three (3) years from the date of this Decree, or so long as MBG, LLC (allegedly dba King Housing) remains in business, whichever is shorter. The Court shall retain jurisdiction for the duration of this Consent Decree to enforce the terms of the Decree, after which time the case shall be dismissed with prejudice, in its entirety, as to all Parties, whether or not they have appeared in this Action and whether or not they have been defaulted. Plaintiffs may move the Court to extend the duration of the Decree in the interests of justice, including on the basis that Defendants have failed to comply with the provisions of this Consent Decree, upon proper notice to Defendants.

The Parties to this Consent Decree shall endeavor in good faith to resolve informally any differences regarding interpretation of and compliance with this Decree prior to bringing such matters to the Court for resolution.

However, in the event of a failure by any Party, whether willful or otherwise, to perform in a timely manner any act required by this Consent Decree or in the event of any other act violating any provision hereof, any party may move this Court to reopen the case and impose any remedy authorized by law or equity, including, but not limited to, an order requiring performance or non-performance of certain acts and an award of any damages, costs, and/or attorneys' fees which may have been occasioned by non-actions or actions constituting a breach of any material term of this Consent Decree.

**IT IS SO ORDERED.**

Dated: 3/19/20

_____
HONORABLE PHILIP S. GUTIERREZ

The undersigned apply for and consent to the entry of this Decree:

**For the Plaintiffs Omion Bell and George Davis:**

HOUSING RIGHTS CENTER

Dated: 03/16/2020        By: _____/s/ Azadeh Hosseinian_____
                              D. Scott Chang, Esq.
                              Azadeh Hosseinian, Esq.
                              3255 Wilshire Boulevard, Suite 1150
                              Los Angeles, California 90010

///

///

|     |                          |                                                      |
| --- | ------------------------ | ---------------------------------------------------- |
|  1  |                          | INNER CITY LAW CENTER                                |
|  2  | Dated: 3/10/2020         | By: _____                          |
|  3  |                          | Ingrid Arriaga, Esq.                                 |
|  4  |                          | 1309 E. Seventh Street                               |
|  5  |                          | Los Angeles, California 90021                        |

**For Defendant MBG LLC:**

LAW OFFICES OF KENNETH W. RALIDIS, A.P.L.C.

Dated: _____          By: _____
                            Kenneth W. Ralidis, Esq.
                            3432 Wilshire Boulevard, 27th Floor
                            Los Angeles, California 90010

INNER CITY LAW CENTER

Dated: 03/10/2020        By: _____
                              Ingrid Arriaga, Esq.
                              1309 E. Seventh Street
                              Los Angeles, California 90021

**For Defendant MBG LLC:**

LAW OFFICES OF KENNETH W. RALIDIS, A.P.L.C.

Dated: 9 March 2020      By: ____*Kenneth W. Ralidis*____
                              Kenneth W. Ralidis, Esq.
                              3432 Wilshire Boulevard, 27th Floor
                              Los Angeles, California 90010